1
2
3
4
5
6
7
8
9
10                            **UNITED STATES DISTRICT COURT**

11                                **DISTRICT OF NEVADA**

12

13  MIGUEL DIAZ,                          )        3:12-cv-00468-HDM-WGC
                                          )
14                    Plaintiff,          )
                                          )
15  vs.                                   )        ORDER
                                          )
16  DONALD E. WEIR and PATRICIA           )
    ANTOINETTE WEIR as Trustees of        )
17  the DONALD E. WEIR FAMILY             )
    REVOCABLE LIVING TRUST DATED          )
18  2/12/85 and the DONALD E. WEIR        )
    FAMILY REVOCABLE LIVING TRUST
19  DATED 2/12/85, *in personam*; and
    M/V SMOKE, her engines, tackle,
20  apparel, furniture, and
    appurtenances, *in rem.*
21
                      Defendants.
22  _____

23

24       Plaintiff's filing of his amended complaint (#15) has rendered

25  the defendant's motion to dismiss moot.  Accordingly, the

26  defendant's motion to dismiss (#9) is denied as moot without

27  prejudice to the filing of any motion deemed appropriate relative

28  to the amended complaint.

                                      1

1   **IT IS SO ORDERED.**

2   DATED: This 17th day of October, 2012.

3

4   _____
    UNITED STATES DISTRICT JUDGE

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28