1

2

3

4

5

6

7

8                          **UNITED STATES DISTRICT COURT**

9                             **DISTRICT OF NEVADA**

10

11   MIGUEL DIAZ                        )        3:12-CV-00468-HDM-WGC
                                        )
12                       Plaintiff,     )
                                        )
13   vs.                                )        ORDER
                                        )
14   DONALD E. WEIR and PATRICIA        )
     ANTIONETTE WEIR, as Trustees of    )
15   the DONALD E. WEIR FAMILY          )
     REVOCABLE LIVING TRUST DATED       )
16   2/12/85 and the DONALD E. WEIR
     FAMILY REVOCABLE LIVING TRUST
17   DATED 2/12/85; *in personam*; and
     M/V SMOKE, her engines, tackle,
18   apparel, furniture, and
     appurtenances, *in rem.*
19
                         Defendants.
20   _____

21

22        Pursuant to stipulation (#27), plaintiff's time to respond to

23   defendants' motions to dismiss is hereby extended up to and

24   including January 29, 2013.

25        **IT IS SO ORDERED.**

26        DATED: This 7th day of December, 2012.

27                              *Howard D McKibben*

28                              _____
                                UNITED STATES DISTRICT JUDGE